# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WILLIE THORNTON

NO. 2022 KW 1230

**JANUARY 17, 2023**

---

In Re:    Willie Thornton, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 11-15-0180.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT GRANTED.** The trial court is ordered to act on relator's application for postconviction relief, filed July 28, 2022, on or before March 16, 2023, if it has not already done so. A copy of the trial court's action shall be filed in this court on or before March 23, 2023.

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

a.Sn

---
DEPUTY CLERK OF COURT
FOR THE COURT